IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL FIRE & MARINE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>TITAN GOLDEN PROPERTY INVESTOR, LLC,<br><br>    Defendant. | 8:25CV14<br><br>**ORDER** |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 16th day of January, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge